IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01680-BNB

CHRISTOPHER DE LA CRUZ,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Christopher De La Cruz is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. On July 31, 2007, Applicant submitted to the Court a pleading titled "28 U.S.C. § 2254 Petition for Relief From Judgement, [sic] Conviction, or Sentence by a Person in State Custody."

Magistrate Judge Boyd N. Boland entered an order, on August 9, 2007, directing the Clerk of the Court to commence a civil action and instructing Applicant to file his claims on a Court-approved form used in filing § 2254 actions and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. De La Cruz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Applicant now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure.

DATED at Denver, Colorado, this 19 day of Sept., 2007.

BY THE COURT:

*Zita Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01680-BNB

Christopher De La Cruz
Prisoner No. 130994
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9-20-07

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk